FILED
CLERK, U.S. DISTRICT COURT
11/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00970-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(9): Prohibited Person in Possession of a Firearm and Ammunition; 18 U.S.C § 1361: Depredation of Government Property; 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| DENNIS QUINONEZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C § 922(g)(9)]

On or about November 4, 2025, in Los Angeles County, within the Central District of California, defendant DENNIS QUINONEZ knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1.   a Smith & Wesson model 26, 9mm caliber pistol bearing serial number 112030;

2.    five rounds of .38 caliber ammunition with headstamp markings of "G.F.L." and "38S&W".

Defendant QUINONEZ possessed such firearm and ammunition knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Infliction of Corporal Injury on a Spouse or Cohabitant, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, case number 2CA04622, on or about January 30, 2012.

COUNT TWO

[18 U.S.C § 1361]

[CLASS A MISDEMEANOR]

On or about November 4, 2025, in Los Angeles County, within the Central District of California, defendant QUINONEZ willfully attempted to injure and commit a depredation against property of the United States, namely, a van used by the Department of Homeland Security.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendant that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any count of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//
//
//

4

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

NEIL P. THAKOR
Assistant United States Attorney
General Crimes Section

5