TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    E-mail:   neil.thakor@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00970-MCS |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| DENNIS QUINONEZ, | **Status Conference:** January 12, 2026 |
| Defendant. | **Trial Date:** January 20, 2026 |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Neil Thakor and defendant Dennis Quinonez, by and through his counsel of record, Deputy Federal Public Defender Shannon Coit, having met and conferred on December 15, 2025, file this Joint Report based on the Court's Standing Order for Criminal Cases.

    //

**I.    Status of Discovery**

The government first produced discovery within its possession on December 10, 2025, and then made an additional production on December 14, 2025.  To date, the government has produced body worn camera footage from the underlying incident, law enforcement reports of investigations, notes from law enforcement witnesses, the criminal history of the defendant, nexus reports, and photos of the charged firearm and ammunition.

As additional discoverable materials become available to the government, the government will promptly produce those materials to the defendant.

**II.   Discovery Disputes**

The parties have not presently identified any contested matter of discovery and inspection.  Each party reserves the right to raise issues as they arise.

**III.  Anticipated Pretrial Motions**

The parties have not presently identified any anticipated motions, but each party reserves the right to raise issues as they arise and are evaluating them on an ongoing basis.

**IV.   Trial Date**

The parties do not expect to proceed on the current January 20, 2026, trial date.  The parties anticipate filing a joint stipulation and request to continue the trial date to May 19, 2026.

**V.    Anticipated Length of Trial**

If this case proceeds to trial, the government expects the trial to last approximately two to three days.

```
Dated: December 15, 2025         Respectfully submitted,

                                 TODD BLANCHE
                                 Deputy Attorney General

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 ALEXANDER B. SCHWAB
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division


                                      /s/
                                 ─────────────────────────────────
                                 NEIL THAKOR
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: December 15, 2025
                                  /s/ with email authorization*
                                 ─────────────────────────────────
                                 SHANNON COIT
                                 Deputy Federal Public Defender

                                 Attorney for Defendant
                                 DENNIS QUINONEZ
```

   * I attest that all other signatories listed concur in the filing's content and have authorized the filing.

   /s/
─────────────────────────────────
NEIL THAKOR

3