# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS QUIÑONEZ,<br><br>　　　　　Defendant. | Case No. 2:25-CR-00970-MCS-1<br><br>**ORDER ON EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL (ECF No. 39)** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the following document, lodged herewith, shall be filed under seal: Dennis Quiñonez's Sentencing Position and Exhibit.

DATED: August 12, 2026　　　By _____

HON. MARK C. SCARSI
United States District Judge